# ELECTRONIC RECORD

COA #14-13-00650-CR

STYLE: Eric Jarrod Williams v The State of Texas

COA DISPOSITION: Affirmed

DATE: September 23, 2014    Publish: No

OFFENSE: Indecency with a Child

COUNTY: Orange

TRIAL COURT: 128th District Court

TC CASE #:A-080508-R

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Eric Jarrod Williams v The State of Texas

CCA # _____

_____ PRO SE _____    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: 03/18/2015

JUDGE: Per Curiam

CCA Disposition: 1669-14

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**